UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTINO ALTAMIRANO LUCAS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HLD GARI LLC (d/b/a SUSHI OF GARI / UPPER EAST SIDE), MASATOSHI SUGIO, TAKABUMI HORIKAWA, AYOKO HORIKAWA, MASAHARU HORIKAWA, MASATAKA HORIKAWA, ROGER TANAKA, YUMIKO MATSAMURA, EMI UTSUNOMIYA<br><br>Defendants. | No. **1:20-cv-10314-MKV**<br><br>**PROPOSED JUDGMENT** |

WHEREAS Defendant HLD Gari LLC (D/B/A Sushi of Gari/Uppeer East Side), and individual Defendants Masatoshi Sugio, Takabumi Horikawa, Ayako Horikawa, Masaharu Horikawa, Masataka Horikawa, Roger Tanaka, Yumiko Matsumura, and Emi Utsunomiya (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff Celestino Altamirano Lucas ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated June 14, 2021, and

WHEREAS Plaintiff accepted Defendants' Offer on June 17, 2021, it is hereby

ORDERED, ADJUGDED, AND DECREED that JUDGMENT shall be entered in favor of Plaintiff against Defendants in the gross amount of thirty thousand dollars ($30,000), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees. Defendants are to remit payment to Plaintiff in accordance with the Offer.

Dated: New York, New York
_____, 2021

SO ORDERED:

By: _____
Hon. Mary Kay Vyskocil