**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/21/2021___

CELESTINO ALTAMIRANO LUCAS, individually
and on behalf of others similarly situated,

                Plaintiff,

       -against-

HLD GARI LLC (d/b/a SUSHI OF GARI / UPPER
EAST SIDE), MASATOSHI SUGIO, TAKABUMI
HORIKAWA, AYOKO HORIKAWA,
MASAHARU HORIKAWA, MASATAKA
HORIKAWA, ROGER TANAKA, YUMIKO
MATSAMURA, EMI UTSUNOMIYA

                Defendants.

No. **1:20-cv-10314-MKV**

~~**PROPOSED**~~ **JUDGMENT**

       WHEREAS Defendant HLD Gari LLC (D/B/A Sushi of Gari/Uppeer East Side), and individual Defendants Masatoshi Sugio, Takabumi Horikawa, Ayako Horikawa, Masaharu Horikawa, Masataka Horikawa, Roger Tanaka, Yumiko Matsumura, and Emi Utsunomiya (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff Celestino Altamirano Lucas ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated June 14, 2021, and

       WHEREAS Plaintiff accepted Defendants' Offer on June 17, 2021, it is hereby

       ORDERED, ADJUGDED, AND DECREED that JUDGMENT shall be entered in favor of Plaintiff against Defendants in the gross amount of thirty thousand dollars ($30,000), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees. Defendants are to remit payment to Plaintiff in accordance with the Offer.

Dated: New York, New York
           _____June 21_____, 2021

SO ORDERED:

By:_____
       Hon. Mary Kay Vyskocil